# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TORRES,<br><br>          Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. ED CV 15-01271 AFM<br><br>**JUDGMENT** |

In accordance with the Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: June 20, 2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE